ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

802865

| UNITED STATES OF AMERICA<br>vs.<br><br>KIRK, BRANDON B<br>C CO 2/27 INF BLD 451 BOX 919 RM363<br>SCHOFIELD BKS, HI 96857<br><br>Defendant. | Violation Notice Number(s)<br>A1176753    H10<br><br>DUI (.08 OR HIGHER)<br>CR 03-00290 ~ PROOF<br>OF COMPLIANCE<br>FROM 9/09/03 | Violation Date(s)<br>04/18/2003 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

**BAIL SET AT $200. CASH BOND**        WALTER A.Y.H. CHINN, CLERK
                                        BY _____, DEPUTY

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

2003 OCT 16 PM 2:54
U.S. MARSHALS SERVICE
HONOLULU, HI
RECEIVED

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

· Collateral in the Amount of $ **192.50** may be Forfeited in Lieu of Appearance.

AMOUNT ABOVE MUST BE PAID AND A MANDATORY COURT APPEARANCE IS REQUIRED FOR PROOF OF COMPLIANCE

Date **10/14/2003**

_United States Magistrate Judge_
/S/ LESLIE E. KOBAYASHI

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE --NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| Name | | Title |
| Date | | Signature |

District
Date: APR 3 0 2008

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name | Officer No |
|---|---|---|---|
| H-10 | A1176753 | Stone, G | 5841 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 18 Apr 03 / 0341 | HRS 191E-61(a)(3) |

| Place of Offense |
|---|
| Macomb Gate |

**Offense Description:** Operating a motorvehicle with .08% or more grams of alcohol (breath)

| Defendant's Last Name | First Name | MI |
|---|---|---|
| Kirk | Brandon | B |

| Street Address |
|---|
| C Co 2/27 Inf Bldg 451 Box 919 Rm 563 |

| City | State | Zip Code | D.L. State | Social Security No | Date of Birth |
|---|---|---|---|---|---|
| Schofield Bks | HI | 96857 | TX | 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 | 03 Aug 83 |

| Driver's License No |
|---|
| 09155555 |

### VEHICLE DESCRIPTION

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| A0376 | HI | 1985 | Ford | Blk |

**YOUR COURT DATE**

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
___ I wish to terminate this matter by paying the collateral shown below, enclosed
___ I plead not guilty and promise to appear as required

| Collateral (fine) | For payment by credit card, SEE INSTRUCTIONS |
|---|---|
| MCA | |

DD FORM 1805, SEP 1998    Original - CVB Copy    Previous edition is obsolete

Handwritten notations: CR03 00290 / JUN 10 2003 / Re-pc poc / 06/09/03 ENTERED / poc NW $200 cash

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **18 April, 2003** while exercising my duties as a law enforcement officer in the District of **HI**

I was conducting 100% ID check at Macomb's gate when the subject pulled up and handed me his ID. When I detected a strong alcoholic odor coming from the subject, he was admnstrd a standard field sobriety test which he do poorly on. He was advised of the Hawaii implied consent law which he agreed to and the results were .117.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on **16 April 2003**   _[signature]_
                Date              Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____   _[signature]_
              Date              U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998

CVR Scan 4/28/2003 09:17:56